IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE | CASE NO. 16-03494 MCF |
| MODESTA MONTAÑEZ MORALES | CHAPTER 7 |
| DEBTOR | |

**DEBTOR'S MOTION IN COMPLIANCE WITH *ORDER TO SHOW CAUSE*
RE: *EXHIBIT D – INDIVIDUAL DEBTOR'S STATEMENT of COMPLIANCE* with
CREDIT COUNSELING REQUIREMENT
DOCKET NO. 5**

TO THE HONORABLE COURT:

NOW COMES, **MODESTA MONTAÑEZ MORALES,** debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. That the present Chapter 13 bankruptcy case was filed on April 30, 2016.

2. That on May 02, 2016, this Honorable Court issued the following *Order to Show Cause*:

" The individual debtor(s) filed a bankruptcy petition under the Bankruptcy Code. Attached to the petition is Exhibit D – Individual Debtor's Statement of Compliance with Credit Counseling Requirement, disclosing that the credit counseling services were received and that a copy of the certificate was attached. However, the certificate was not attached.

In view of the foregoing, the debtor(s) shall show cause within fourteen days why the case should not be dismissed for lack of eligibility to be a debtor pursuant to 11 U.S.C. 109(h)(1).

IT IS SO ORDERED." *Order to Show Cause*, dated May 02, 2016, docket no. 5.

3. The debtor respectfully alleges and states that although the *Exhibit D – Individual Debtor's Statement of Compliance with Credit Counseling Requirement* erroneously disclosed that a copy of the certificate of having taken the credit counseling was attached, on May 02, 2016, the debtor did file the credit counseling requirement certificate disclosing

Page – 2-
Debtor's Motion in Compliance with Order
Case no. 16-03494 MCF7

that the credit counseling services were taken prior to the filing of the present bankruptcy petition.

4. That the debtor respectfully states that she has complied with the credit counseling requirement pursuant to 11 U.S.C. Section 109(h)(1), and is an "eligible" debtor, in the above captioned case.

5. The present motion is filed in compliance with this Honorable Court's *Order to Show Cause,* docket no. 5

**WHEREFORE**, debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing motion in compliance with the *Order to Show Cause,* dated May 02, 2016, docket no. 05, in the above captioned case.

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 7 Trustee, Noreen Wiscovitch Rentas, Esq., US Trustee's Office; I also certify that a copy of this motion was sent via US Mail to Modesta Montañez Morales, HC 5 Box 6525 Aguas Buenas PR 00703.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 04th day of May, 2016.

/s/ Roberto Figueroa Carrasquillo
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com